IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE OF FLOORS INCORPORATED, | ) ) ) ) | |
| Plaintiff, | ) | 8:05CV254 |
| v. | ) ) ) | |
| CHANNELL CONSTRUCTION COMPANY, and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

The matter before the court is the plaintiff's motion for dismissal with prejudice.
Filing No. 8.  The court finds that this matter should be dismissed with prejudice.

IT IS,  THEREFORE, ORDERED, ADJUDGED AND DECREED  that, pursuant
to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendants is hereby
dismissed in its entirety, with prejudice, and with the parties to be responsible for their
own costs and attorney fees.

DATED this 8th day of August, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge